| | |
|---|---|
| | |

```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE CENTRAL DISTRICT OF CALIFORNIA
10                               WESTERN DIVISION
11
```

| | |
|---|---|
| **C.W., individually and as a successor-in-interest to Decedent CAMERON WAGNER, by and through his Guardian Ad Litem Tyrone Sales,**<br><br>Plaintiff,<br><br>**v.**<br><br>**DEBBIE ASUNCION, WARDEN of the CALIFORNIA DEPARTMENT OF CORRECTIONS, LOS ANGELES COUNTY; and Does 1-50, inclusive, individually and in their official capacities,**<br><br>Defendants. | 2:19-cv-02225-RGK-GJS<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Date: March 16, 2020<br>Time: 9:00 a.m.<br>Courtroom: 850<br>Judge: The Honorable R. Gary Klausner<br>Trial Date: 4/28/2020<br>Action Filed: 3/25/2019 |

Defendant Asuncion filed a motion for summary judgment. (Docket Entry 63.) The court has considered the papers submitted in favor of and opposed to the motion, has reviewed the authorities cited by the parties, has reviewed the record in the case submitted and cited by the parties, and has considered the arguments of both parties.

1 | After considering the moving and opposing papers, and all other matters
2 | presented, this Court grants Defendant's motion for summary judgment, and orders
3 | entry of judgment.
4 |     IT IS ORDERED, ADJUDGED AND DECREED that judgment shall be
5 | entered in favor of Defendant Asuncion, and against Plaintiff C.W., who shall take
6 | nothing by way of this action.

Dated: March 24, 2020

*/s/ Gary Klausner*
R. Gary Klausner
United States District Judge

SF2019102380
91216525.docx